1526

## MOTION DOCKET

**99–239. State v. Reiner.**
Lucas App. No. L–97–1002. On motion for procedural clarification following remand from Supreme Court of the United States and motion to set briefing schedule and oral argument. Motion to set briefing schedule granted and motion for oral argument denied.

Cook, J., would deny both the motion to set briefing schedule and the motion for oral argument. Resnick, J., not participating.

**00–1705. Cincinnati v. Beretta U.S.A. Corp.**
Hamilton App. Nos. C–990729, C–990814 and C–990815. On motion for admission *pro hac vice* by Brian G. Selden for James M. Beck of Product Liability Advisory Council, Inc. Motion granted.

**00–1997. State v. Hayden.**
Montgomery App. No. 18103. On motion to supplement record. Motion granted.

Cook, J., dissents and would order the state to provide proof that the documents it wishes to add were a part of the certified record below.

**00–2344. Hoskins v. Smith.**
Franklin App. No. 00AP–211. On motion for sanctions for frivolous action. Motion denied.

Douglas, J., dissents.